JOHN H. BROWN v. ERNEST P. DU FREY, as Executor of FLORENCE E. BROWNE, Deceased.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ. [See *ante,* p. 945.]

■

MADELINE GRAF v. SAMUEL B. NEWMAN et al., as Executors of OSCAR L. GRAF, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ. [See *ante,* p. 945.]

■

In the Matter of MAYFAIR-YORK CORP., Appellant, against JOSEPH D. MCGOLDRICK, as State Rent Administrator, Respondent, and HENRY CASSIDY et al., Intervenors-Respondents.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ. [See *ante,* p. 945.]

■

In the Matter of BROOKLYN CATERERS ASSOCIATION, INC., et al., Petitioners, against ALFRED J. BOHLINGER, as Superintendent of Insurance of the State of New York, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ. [See *ante,* p. 1030.]

■

FLORENCE LOUIS et al., Appellants, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs, upon the ground that there was no sufficient showing that the accident was caused by reason of the condition complained of. Concur — Peck, P. J., Cohn, Botein and Rabin, JJ.; Bastow, J., dissents and votes to reverse and order a new trial.

■

In the Matter of the Probate of the Will of MAX EINHORN, Deceased. DORA EINHORN et al., Appellants; WALTER D. YANKAUER et al., Respondents.— Order unanimously affirmed, without prejudice to a renewal thereof upon affidavits of the contestants showing the materiality and necessity of the matters upon which the examination is sought, provided such motion is made returnable prior to August 15, 1955. Settle order on notice. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

■

92 LIBERTY ST. CORP., Appellant, v. THOMAS P. DOONEY, Respondent.— Determination unanimously affirmed, with costs to the respondent. No opinion. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

**(May 25, 1955.)**

■

(Republished.)

GERTRUDE BELL, as Administratrix of the Estate of JAMES BELL, Deceased, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Peck, P. J., Cohn, Bastow and Botein, JJ. [See *ante,* p. 1140.]